IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00210-F-1
No. 5:16-CV-00466-F

| | | |
|---|---|---|
| COREY NICOLAS DUGGINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ). | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Corey Nicolas Duggins's Motion to Vacate, Set Aside,

or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-158]. Having examined Duggins's

motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States

Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255

Proceedings, or to make such other response as appropriate to the above-captioned § 2255

motion within **forty (40)** days of the filing of this order.

Duggins asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015),

and he previously qualified for appointed counsel. Jerry Wayne Leonard has been appointed to

represent Duggins pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015).

SO ORDERED.

This 24 day of June, 2016.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE