UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIM. NO.: 5:09-CR-00210-FL-1

UNITED STATES OF AMERICA

V.

COREY NICHOLAS DUGGINS

**O R D E R**

Upon motion of the United States and for the reasons stated in the motion to seal and for good cause shown, it is hereby ORDERED that the government's response to Defendant's motion to compel [D.E. 175], the motion to seal, and the government's proposed order be sealed, except that a filed, stamped copy be provided to the United States Attorney's Office for the Eastern District of North Carolina, Defendant, appearing *pro se*, and the United States Probation Office.

IT IS SO ORDERED, this  23rd  day of   May      , 2018.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE