UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-210-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| COREY NICOLAS DUGGINS | |

On motion of the Defendant, Corey Nicolas Duggins, and for good cause shown, it is hereby ORDERED that DE 195 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 17th day of September, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge